UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| LINDA E. DAVISON, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | No. 2:13-cv-54-GZS |
| ) | |
| AETNA LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
|     Defendant ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

    The United States Magistrate Judge filed with the Court on August 15, 2013, her Recommended Decision (ECF No. 29). Plaintiff filed her Objection to the Recommended Decision (ECF No. 30) on September 4, 2013. Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (ECF No. 31) on September 18, 2013. Plaintiff filed a second Objection to Defendant's Motion to Dismiss (ECF No. 32) on October 4, 2013.

    I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.       It is hereby **ORDERED** Plaintiff's Motion to Amend (ECF No. 25) is **DENIED**.

    3.       It is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 12)[1] is **GRANTED**.

        /s/George Z. Singal  
        U.S. District Judge

Dated this 7th day of October, 2013.

---

[1] The Recommended Decision on page 11 references ECF No. "14" as Defendant's Motion to Dismiss. The correct ECF notation for Defendant's Motion to Dismiss is ECF No. "12."